

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Phillip Wade Hanna,

\* From the 29th District Court
of Palo Pinto County,
Trial Court No. C44997.

Vs. No. 11-15-00178-CV

\* July 27, 2017

Lora Kay Hanna,

\* Memorandum Opinion by Bailey, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.